# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00484-CV

### Robert Villa and Roddie Villa, Appellants

### v.

### Ian Buchanan and Elite Team Realty, Inc. d/b/a Elite Team Realty, Appellees

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT NO. 06-811-C277, HONORABLE KEN ANDERSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Robert Villa and Roddie Villa have filed a motion requesting this Court to dismiss the instant appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Appellants' Motion

Filed: November 25, 2009